United States District Court
District of Massachusetts

Civil Action No. 1:14-cv-13749-NMG

**Harold Koltin,**
*Plaintiff*

v.

**City of Fall River, et. al.,**
*Defendants*

**Motion for Access to Residence**

Now comes the Plaintiff Harold Koltin and moves that this Honorable Court allow him and any professional or expert to access the residence at 84 Renwood Street in Fall River as necessary, either without limit or with reasonable restrictions.

In support thereof, the Plaintiff states that in preparing for trial, it will be necessary to have the premises inspected by forensic plumbers and other experts from the building trades. Such experts will be crucial to determine the cause of the flooding and mold in the premises, and more specifically, to determine if the damage to the premises and to property contained within the residence was likely caused by intentional conduct or accidentally. The inspections will also permit the Plaintiff's experts to determine the extent and valuation of the damage to the premises and to the property within the residence.

*Motion allowed*  /s/ NMGorton, USDJ 11/14/16

1